U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

MAY 23 2006

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| ALFRED R. HILL | CIVIL ACTION NO. 06-0304 |
| VS. | SECTION P |
| EDDIE JORDAN, ORLEANS PARISH DISTRICT ATTORNEY | JUDGE DRELL |
| | MAGISTRATE JUDGE KIRK |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence of objections thereto, and after an independent review of the entire record, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that the Petition for Writ of Habeas Corpus be **DENIED** and **DISMISSED** for failing to exhaust available state court remedies;

**IT IS FURTHER ORDERED THAT** all other pending Motions [Motion for Reconsideration of Transfer Order, Doc. 6, and Motion for Extension to Get Information and Motion to Order the District Court of Orleans to Produce Documents, Doc. 7] be **DENIED**.

**THUS DONE AND SIGNED**, in chambers, in Alexandria, Louisiana, on this 22ND day of MAY, 2006.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE